**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____     Chapter    **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Roberts Chevrolet GMC, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Thomasville Chevrolet GMC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **93-2484114** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **34460 Highway 43**<br>**Thomasville, AL 36784** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clarke** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **www.tvillechevygmc.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Roberts Chevrolet GMC, Inc.** _____   Case number (*if known*) _____
Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | ___ | When | ___ | Case number | ___ |
| | District | ___ | When | ___ | Case number | ___ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   **Roberts Chevrolet GMC, Inc.**                                          Case number (*if known*) _____
         Name

List all cases. If more than 1,
attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**        *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Roberts Chevrolet GMC, Inc.**                                    Case number *(if known)*
         Name

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 22, 2026**
              MM / DD / YYYY

X **/s/ Mark Karbiner**                                    **Mark Karbiner**
Signature of authorized representative of debtor          Printed name

Title   **CRO**

---

**18. Signature of attorney**

X **/s/ Ronald S. Gellert**                               Date **May 22, 2026**
Signature of attorney for debtor                               MM / DD / YYYY

**Ronald S. Gellert**
Printed name

**Gellert Seitz Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 425-5806**      Email address   **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

---

## CERTIFICATE OF RESOLUTION
## AUTHORIZING PREPARATION FOR FILING OF
## VOLUNTARY PETITION FOR REORGANIZATION
## UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

At a special meeting of the Board of Directors (the "Board of Directors") of Roberts Chevrolet GMC, Inc., a Delaware corporation (the "Corporation"), duly constituted and held on _____ May 22nd _____, 2026, the following resolutions were discussed and thereafter adopted by unanimous consent:

WHEREAS, the Board of Directors of the Corporation has evaluated and considered the financial condition, results of operations and projected cashflows of the Corporation, the Corporation's efforts to secure additional debt or equity financing, the results of those efforts, the offer received by the Corporation to acquire the Corporation and its business through a reorganization of the Corporation, options available to the Corporation and prospects for maximizing the value of the Corporation and returns to the stakeholders of the Corporation and information and recommendations of its executive officers of, and counsel to, the Corporation concerning the financial condition of the Corporation; and

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition for reorganization of the Corporation be filed under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the President (the "Authorized Officer") is hereby authorized, empowered and directed, on behalf of the Corporation, to take all necessary actions and make all necessary preparations for the Corporation to commence a case under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), and to commence the Chapter 11 Case, in the venue that the Authorized Officer deems appropriate and at such time that the Authorized Officer deems appropriate, in the exercise of his discretion and professional expertise;

RESOLVED, that the Authorized Officer of the Corporation shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates and other papers, and to take such other steps as may be deemed necessary or desirable in order to conduct a case under Chapter 11 of the Bankruptcy Code and to effectuate a reorganization of the Corporation under Chapter 11 as is deemed appropriate;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Seitz Busenkell and Brown, LLC as general reorganization counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Gellert Seitz Busenkell & Brown, LLC;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, the firm of J.S. Held, LLC to provide services as Chief Restructuring Officer to assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including assistance with a sale process, preparation of monthly operating reports and other financial models; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of J.S. Held, LLC;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, such other professionals and persons as the Authorized Officer determines are necessary in order to conduct the Chapter 11 Case and to operate the business while subject to the jurisdiction of the Bankruptcy Court;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of the Corporation as any Authorized Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, be authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Chapter 11 Case and to effectuate a reorganization or liquidation of the Corporation as is deemed appropriate; and

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

RESOLVED, that the Authorized Officer is authorized to (i) obtain debtor in possession financing and enter into any related agreements; and (ii) pursue the sale of the Corporation's assets subject to court approval under section 363 of the Bankruptcy Code.

We, the undersigned Board of Directors of Roberts Chevrolet GMC, Inc., do hereby certify that the foregoing is a true, complete and accurate copy of the resolutions duly adopted by the Board of Directors of said Corporation by unanimous consent; and I do further certify that these resolutions have not been altered, amended, repealed or rescinded and are now in full force and effect.

The undersigned further certifies that the Board of Directors had at the time of the adoption of said resolutions full power and authority to adopt said resolutions, and that the Board of Directors now has said power and authority.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of Roberts Chevrolet GMC, Inc. this __22nd__ day of May 2026.

By: *Clark Wekenman*
Clark Wekenman (May 22, 2026 11:13:29 EDT)

Name:  Clark Wekenman

Title:   President

By: *Timothy Rinke*
Timothy Rinke (May 22, 2026 11:24:50 EDT)

Name:   Timothy Rinke

Title:    Board Member

By: *Michael Purton*
Michael Purton (May 22, 2026 11:25:46 EDT)

Name:   Michael Purton

Title: Board Member

Fill in this information to identify the case:

Debtor name     **Roberts Chevrolet GMC, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 22, 2026**          X /s/ Mark Karbiner _____
                                          Signature of individual signing on behalf of debtor

                                          **Mark Karbiner**
                                          Printed name

                                          **CRO**
                                          Position or relationship to debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Delaware

In re   **Roberts Chevrolet GMC, Inc.**
Debtor(s)

Case No.
Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                           $          **76,738.00**

    Prior to the filing of this statement I have received                  $          **76,738.00**

    Balance Due                                                            $              **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [List other services that counsel has agreed to provide]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 22, 2026**
*Date*

**/s/ Ronald S. Gellert**
**Ronald S. Gellert**
*Signature of Attorney*
**Gellert Seitz Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**(302) 425-5806**
**rgellert@gsbblaw.com**
*Name of law firm*

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Roberts Chevrolet GMC, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Tire Distributors** PO Box 745576 Atlanta, GA 30374 | | **Trade debt** | | | | **$7,425.00** |
| **Blue Cross Blue Shield** 450 RIVERCHASE PARKWAY EST Birmingham, AL 35244 | | **Trade Debt** | | | | **$12,953.00** |
| **Cadence Bank** PO Box 789 Tupelo, MS 38802 | | credit card purchases | | | | **$10,064.65** |
| **City of Thomasville** 559 W Front St North Thomasville, AL 36784 | | Sales and Personal Property Taxes | | | | **$8,500.00** |
| **Clarke County** 114 Court Street Grove Hill, AL 36451 | | Sales Tax, Personal Property Tax, Real Estate Tax | | | | **$9,500.00** |
| **Consumer Portfolio Services** 19500 Jamboree Rd Irvine, CA 92612 | | Trade Debt | | | | **$36,974.00** |
| **Door Specialists Inc.** 451 Dauphin Island Parkway Mobile, AL 36606 | | Trade Debt | | | | **$5,820.00** |
| **Exeter Finance LLC** 3000 Kellway Dr Carrollton, TX 75006 | | Trade Debt | | | | **$31,160.00** |
| **Fifth Third Bank** PO Box 997578 Sacramento, CA 95899 | | Trade Debt | | | | **$24,880.00** |

Debtor  **Roberts Chevrolet GMC, Inc.**
　　　　Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **General Motors LLC M.H. Lockbox Dept 771440 PO Box 77000 Detroit, MI 48277** | | **Demand Note** | | | | **$2,500,000.00** |
| **General Motors LLC M.H. Lockbox Dept 771440 PO Box 77000 Detroit, MI 48277** | | **Trade Debt** | | | | **$67,982.55** |
| **Impel 344 S. Warren St, Suite 200 Syracuse, NY 13202** | | | **Disputed** | | | **$32,348.83** |
| **Precision Auto Body 29381 US Highway 43 South Thomasville, AL 36784** | | **Trade Debt** | | | | **$5,837.00** |
| **Pro Billing & Funding PO Box 2222 Decatur, AL 35609** | | **Trade Debt** | | | | **$6,361.00** |
| **Regions Bank 2090 Parkway Office Circle Birmingham, AL 35244** | | | | | | **$312,560.98** |
| **Santander Consumer USA P.O. Box 660616 Dallas, TX 75266** | | **Trade Debt** | | | | **$45,930.00** |
| **State of Alabama 375 S. Ripley St Montgomery, AL 36104** | | **Sales Tax and State Withholding Tax** | | | | **$31,000.00** |
| **The Huntington National Bank Attn: EA1W18 PO Box 182387 Columbus, OH 43218** | | **Trade Debt** | | | | **$10,065.00** |
| **The Pomykala Group LLC 4112 North Cass Ave Westmont, IL 60559** | | **Trade Debt** | | | | **$9,000.00** |
| **Zurich Central Salvage PO Box 968044 Schaumburg, IL 60196** | | **Trade Debt** | | | | **$24,573.00** |

**Fill in this information to identify the case:**

Debtor name    **Roberts Chevrolet GMC, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................   $   **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................   $   **8,895,906.27**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................   $   **8,895,906.27**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   **3,022,023.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $   **90,321.61**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$   **3,218,542.01**

4.  **Total liabilities** .................................................................................................................................   $   **6,330,886.62**
   Lines 2 + 3a + 3b

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Roberts Chevrolet GMC, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property   **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                          **Current value of debtor's interest**

2.     **Cash on hand**                                                                    **$1,100.00**

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Cadence Bank Account** | **Checking** | **1583** | **$118,764.27** |
| 3.2. | **GMF Cash Management Fund** | **Cash Management Fund** | | **$0.00** |

4.     **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Arvest Bank Cert of Deposit #5553.  However, this amount is frozen due to lawsuits. Arvest froze the account in January 2026.** | **$320,000.00** |

5.     **Total of Part 1.**                                                               **$439,864.27**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**

Debtor   **Roberts Chevrolet GMC, Inc.**
                 Name

Case number *(If known)* _____

Description, including name of holder of deposit

7.1.   **Deposit Account Control Agreement with GMF**                                   **Unknown**

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

8.1.   **Insurance Prepayment**                                                          **$42,360.00**

9.   **Total of Part 2.**                                                                 **$42,360.00**

       Add lines 7 through 8. Copy the total to line 81.

Part 3:        **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:        **115,000.00**  -        **36,000.00**  = ....              **$79,000.00**
                                         face amount               doubtful or uncollectible accounts

11b. Over 90 days old:        **1,666,291.00**  -        **67,000.00**  =....              **$1,599,291.00**
                                         face amount               doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                 **$1,678,291.00**

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Part 4:        **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Part 5:        **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** **Parts and accessories** | | **$611,838.00** | | **$611,838.00** |
| 20.   **Work in progress** | | | | |

Debtor    **Roberts Chevrolet GMC, Inc.**                                    Case number *(If known)* _____
          Name

**Work in Process - Labor
and Sublet Repairs**                        $8,769.00    N/A                              $8,769.00

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                      $620,607.00

       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ■ Yes. Book value        **25,000.00**   Valuation method _____   Current Value        **25,000.00**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Misc office furniture (included leased Key Track machine)** | $44,905.00 | Replacement | $44,905.00 |
| 40. **Office fixtures** <br> **Misc office fixtures/P&A equip** | $60,573.00 | Replacement | $60,573.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Computer equipment, communication systems equipment and software** | $282,498.00 | Replacement | $282,498.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

Debtor   **Roberts Chevrolet GMC, Inc.**                                    Case number *(If known)* _____
               Name

43.   **Total of Part 7.**                                                                          $387,976.00
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ☒ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46.   **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.  Go to Part 9.
      ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1.   New/Used Vehicle Inventory | $3,226,808.00 | Recent cost | $3,226,808.00 |
|---|---|---|---|

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

51.   **Total of Part 8.**                                                                          $3,226,808.00
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☒ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54.   **Does the debtor own or lease any real property?**

      ☐ No.  Go to Part 10.
      ☒ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor   **Roberts Chevrolet GMC, Inc.**
         Name                                                      Case number *(If known)* _____

|  |  |  |  |  |
|---|---|---|---|---|
| available. | | | | |
| 55.1. **Lease agreement for 34460 Highway 43, Thomasville, AL** | Lease | $0.00 | N/A | $0.00 |

56.  **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

     | $0.00 |
     |---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **Dealer websites:  TvilleChevyGMC.com; TvilleChevy.com; TvilleGMC.com** | Unknown | | $0.00 |
| 62. **Licenses, franchises, and royalties** **Auto Dealer Association, State of Alabama** | $0.00 | | Unknown |
| **GMC/Chevy Dealership** | $0.00 | | Unknown |
| 63. **Customer lists, mailing lists, or other compilations** **Customer List, Mailing Lists** | $0.00 | | Unknown |
| 64. **Other intangibles, or intellectual property** **Goodwill, Intangible, Customer Lists, etc.** | Unknown | N/A | $2,500,000.00 |
| 65. **Goodwill** | | | |

66.  **Total of Part 10.**
     Add lines 60 through 65. Copy the total to line 89.

     | $2,500,000.00 |
     |---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ☐ No
     ■ Yes

Debtor    **Roberts Chevrolet GMC, Inc.**                                    Case number *(If known)* _____
        Name

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No

    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.

    ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **NOL** | Tax year _____ | **Unknown** |
|---|---|---|

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Possible cause of action against former officer** | **Unknown** |
|---|---|

Nature of claim                   _____

Amount requested                 _____ **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

Debtor   **Roberts Chevrolet GMC, Inc.**          Case number *(If known)* _____
        Name

| Part 12: | **Summary** |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $439,864.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $42,360.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,678,291.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $620,607.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $387,976.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,226,808.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,500,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,895,906.27 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92          $8,895,906.27

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Roberts Chevrolet GMC, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1  Americredit Financial Services Inc**
Creditor's Name

**dba GM Financial
220 E. Las Colinas Blvd., Suite 500
Irving, TX 75039**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
8/28/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
**Floor Plan Financing and UCC covering All assets of the debtor including, but not limited to inventory, equipment, accounts, contract rights, tangible chattel paper, etc., cash collateral, general intangibles, products and proceeds, etc.**

**Describe the lien**
**First Priority Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$3,005,410.00**   Column B: **$3,226,808.00**

**2.2  Arvest Bank**
Creditor's Name

**PO Box 1670
Lowell, AR 72745**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Arvest Bank Cert of Deposit #5553.  However, this amount is frozen due to lawsuits.  Arvest froze the account in January 2026.**

**Describe the lien**
**Judgment Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$0.00**   Column B: **$320,000.00**

Debtor   **Roberts Chevrolet GMC, Inc.**                                        Case number (if known) _____
    Name

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **Atipana Capital, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **UCC 25-7530359 filed 9.17.25 in Alabama** | | |

**25 SE 2nd Ave, Suite 550**
**PMB 79**
**Miami, FL 33131**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.4 | **CHTD Company** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **UCC 25-0056783577 filed 9.17.25 in Texas obo Apollo Funding Company** | | |

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.5 | **Corporation Service Company, as rep.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

---

Debtor   **Roberts Chevrolet GMC, Inc.**                     Case number (if known) _____
_____
Name

Creditor's Name

**UCC 25-0056764653 filed 9.16.25 in Texas obo GEL Funding LLC or one of its affiliates: Bridge Funding Cap LLC; Bridge Funding Capital LLC; Mapcap Funding, LLC**

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **CT Corporation System, as Representative** | | **Unknown** | **Unknown** |

Creditor's Name
**Attn:  SPRS**
**300 N. Brand Blvd., Suite 700**
**Glendale, CA 91203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Accounts and proceeds from debtor**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**7/31/25**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **CT Corporation System, as Representative** | | **Unknown** | **Unknown** |

Creditor's Name
**Attn:  SPRS**
**300 N. Brand Blvd., Suite 700**
**Glendale, CA 91203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC 25-0047759201 (Initial);25-56836680 (Amendment);25-00562105 (Amendment) filed 7.31.25 in Texas obo Fox Funding Group, LLC**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Debtor   **Roberts Chevrolet GMC, Inc.**                                    Case number (if known) _____
                Name

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.8 | **CT Corporation System, as Representative** | | |
|---|---|---|---|

Creditor's Name

**Attn:  SPRS**
**300 N. Brand Blvd., Suite 700**
**Glendale, CA 91203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC 25-7529849 filed 9.17.25 in Alabama obo Swiss Fund, LLC**

                                        **Unknown**        **Unknown**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.9 | **CT Corporation System, as Representative** | | |
|---|---|---|---|

Creditor's Name

**Attn:  SPRS**
**300 N. Brand Blvd., Suite 700**
**Glendale, CA 91203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC 25-7550710 filed 9.29.25 in Alabama obo Unknown entity**

                                        **Unknown**        **Unknown**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

Debtor   **Roberts Chevrolet GMC, Inc.**                                      Case number (if known) _____
         Name

| 2.10 | **CT Corporation System, as Representative** | | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Attn:  SPRS**
**300 N. Brand Blvd., Suite 700**
**Glendale, CA 91203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC 25-7591644 filed 10.22.25 in Alabama obo Overton Funding, LLC**

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
**UCC**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.11 | **First Corporate Solutions** | | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**As representative**
**914 S. Street**
**Sacramento, CA 95811**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC 25-7527690 filed 9.16.25 in Alabama obo Insta Funding, LLC**

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
**UCC**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.12 | **Redstone Advance, Inc.** | | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**c/o Registered Agent Solutions, Inc.**
**2894 Remington Green Lane**
**Tallahassee, FL 32308**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC 25-0056785588 filed 9.17.25 in Alabama**

_____

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
☐ No

Debtor   **Roberts Chevrolet GMC, Inc.**                          Case number (if known) _____
         Name

Creditor's email address, if known      ■ Yes
                                        **Is anyone else liable on this claim?**

**Date debt was incurred**              ■ No

                                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply

■ No                                    ■ Contingent

☐ Yes. Specify each creditor,           ■ Unliquidated
including this creditor and its relative
priority.                               ■ Disputed

---

| 2.13 | **Reyna Capital Corporation** | Describe debtor's property that is subject to a lien | $16,613.00 | Unknown |
|------|------|------|------|------|

| 2.13 | **Reyna Capital Corporation**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Keytrak edge automotive system bundle** | **$16,613.00** | **Unknown** |

**PO Box 1474**
**Dayton, OH 45401**
Creditor's mailing address

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known      ☐ Yes
                                        **Is anyone else liable on this claim?**

**Date debt was incurred**              ■ No
**3/5/25**
                                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply
■ No                                    ☐ Contingent

☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative
priority.                               ☐ Disputed

---

| 2.14 | **Walt V, LLC**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**UCC 24-7065253 filed 2.15.24 in Alabama** | **Unknown** | **Unknown** |

**c/o Corporation Service**
**Company, RA**
**251 Little Falls Dr**
**Wilmington, DE 19808**
Creditor's mailing address

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known      ☐ Yes
                                        **Is anyone else liable on this claim?**

**Date debt was incurred**              ■ No

                                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply
■ No                                    ■ Contingent

☐ Yes. Specify each creditor,           ■ Unliquidated
including this creditor and its relative
priority.                               ■ Disputed

---

Debtor    **Roberts Chevrolet GMC, Inc.**                                    Case number (if known) _____
           Name

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$3,022,023.00**

| Part 2: | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 7 of 7

**Fill in this information to identify the case:**

Debtor name   **Roberts Chevrolet GMC, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Adam K. Landry**
**323 E. Clinton St**
**Jackson, AL 36545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,500.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**Alabama Dept of Workforce**
**50 N. Ripley St**
**Montgomery, AL 36130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**State Unemployment Tax / NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Roberts Chevrolet GMC, Inc.**     Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$700.00** | **$0.00** |

**2.3**

Priority creditor's name and mailing address
**Annastewart Autry**
**336 Ollie Blvd**
**Coffeeville, AL 36524**

As of the petition filing date, the claim is:    **$700.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.4**

Priority creditor's name and mailing address
**Asha M. Jones**
**227 Savage St, Apt 10**
**Camden, AL 36726**

As of the petition filing date, the claim is:    **$1,500.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.5**

Priority creditor's name and mailing address
**Brenda D. Jackson**
**609 Center St**
**Jackson, AL 36545**

As of the petition filing date, the claim is:    **$1,846.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.6**

Priority creditor's name and mailing address
**Breshun J. Williamson**
**609 Center St**
**Jackson, AL 36545**

As of the petition filing date, the claim is:    **$640.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Debtor   **Roberts Chevrolet GMC, Inc.**                                    Case number (if known) _____
         Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $0.00 |
|---|---|---|---|---|

**Cameron Gibson**
**1406 Coca Cola Ave**
**Butler, AL 36904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $0.00 |
|---|---|---|---|---|

**Cedric D. Davis**
**1412 Upper Ferry Rd**
**Leroy, AL 36548**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $0.00 |
|---|---|---|---|---|

**Christopher Baugh**
**342 Noble Ave W**
**Thomasville, AL 36784**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,500.00 | $0.00 |
|---|---|---|---|---|

**City of Thomasville**
**559 W Front St North**
**Thomasville, AL 36784**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales and Personal Property Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor    **Roberts Chevrolet GMC, Inc.**                          Case number (if known) _____
                   Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,500.00 | $0.00 |

Priority creditor's name and mailing address
**Clarke County**
**114 Court Street**
**Grove Hill, AL 36451**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax, Personal Property Tax, Real Estate Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.12    Priority creditor's name and mailing address
**Daryl D. Wilson**
**144 Oak St**
**PO Box 275**
**Grove Hill, AL 36451**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$640.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.13    Priority creditor's name and mailing address
**Donovan J Cox**
**1032 Blue Mountain Road**
**Coffeeville, AL 36524**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,720.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.14    Priority creditor's name and mailing address
**Eddie Green**
**1431 Ridgeway Dt**
**Thomasville, AL 36784**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,000.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor  **Roberts Chevrolet GMC, Inc.**                              Case number (if known)
        _____                        _____
        Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,750.00 | $0.00 |
|---|---|---|---|---|

**Frederick Robinson**
**11086 County Road 167, Unit 10**
**Tyler, TX 75703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Illinois Dept of Employment**
**Security**
**115 S. LaSalle St, FL LL2**
**Chicago, IL 60603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**State Unemployment Tax  / NOTICE ONLY**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Illinois Dept of Revenue**
**PO Box 19030**
**Springfield, IL 62794**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**State Unemployment Tax  / NOTICE ONLY**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Federal Withholding Tax and Federal**
**Unemployment Tax / NOTICE ONLY**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Roberts Chevrolet GMC, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.19** Priority creditor's name and mailing address

**Jackson E Barnes**
**157 Woodhaven Circle**
**Selma, AL 36701**

As of the petition filing date, the claim is: $1,384.61   $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address

**Jason C. Hall**
**2300 Round Hill Rd**
**Thomasville, AL 36784**

As of the petition filing date, the claim is: $640.00   $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.21** Priority creditor's name and mailing address

**Justin C Dees**
**412 MacMillian Dr**
**Thomasville, AL 36784**

As of the petition filing date, the claim is: $1,575.00   $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address

**Kenneth Counselman**
**10691 Tallahatta Springs Rd**
**Thomasville, AL 36784**

As of the petition filing date, the claim is: $640.00   $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Roberts Chevrolet GMC, Inc.**                          Case number (if known) _____
Name

| | | |
|---|---|---|

**2.23** Priority creditor's name and mailing address

**Lori A. Stout**
**227 1st St**
**Grove Hill, AL 36451**

As of the petition filing date, the claim is: **$720.00**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                         ☐ Yes

---

**2.24** Priority creditor's name and mailing address

**Malcom Pace**
**27051 Highway 69**
**Coffeeville, AL 36524**

As of the petition filing date, the claim is: **$640.00**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                         ☐ Yes

---

**2.25** Priority creditor's name and mailing address

**Marc A. Atkins**
**2153 County Road 31**
**Arlington, AL 36722**

As of the petition filing date, the claim is: **$2,520.00**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                         ☐ Yes

---

**2.26** Priority creditor's name and mailing address

**Margaret Johnston**
**21904 Al Highway 25**
**Greensboro, AL 36744**

As of the petition filing date, the claim is: **$1,000.00**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                         ☐ Yes

---

Debtor   **Roberts Chevrolet GMC, Inc.**                         Case number (if known) _____
_____
Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$750.00** | **$0.00** |

2.27   Priority creditor's name and mailing address
**Michael A. Phillips**
**1013 Scott Dr**
**Forkland, AL 36740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$750.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.28   Priority creditor's name and mailing address
**Nancy L. Vandenburg**
**1304 Hamlet Rd**
**Naperville, IL 60564**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,800.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.29   Priority creditor's name and mailing address
**Nathanael C Ellis**
**8406 Holland Ave**
**Rowlett, TX 75089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,076.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.30   Priority creditor's name and mailing address
**Perneisha Lett**
**144 Rosa Parks St**
**Camden, AL 36726**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,500.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Roberts Chevrolet GMC, Inc.**
Name

Case number (if known) _____

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $640.00 | $0.00 |

**Randall C. Pugh**
**1482 Toddtown Rd**
**AL 36510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $640.00 | $0.00 |

**Richard G Bender**
**2300 Old Highway 43, Lot 6**
**Thomasville, AL 36784**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Shawe R. Minter**
**573 Autrey Rd**
**Thomasville, AL 36784**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $0.00 |

**Stacy L. Sollie**
**536 Floral Creek Rd**
**Dickinson, AL 36436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Roberts Chevrolet GMC, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.35** Priority creditor's name and mailing address
**State of Alabama**
**375 S. Ripley St**
**Montgomery, AL 36104**

As of the petition filing date, the claim is:    **$31,000.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax and State Withholding Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.36** Priority creditor's name and mailing address
**Tonia L. Mitchell**
**62 Pearl Dr**
**Campbell, AL 36727**

As of the petition filing date, the claim is:    **$2,500.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address
**3D Supply & Distribution**
**21471 Ulysses St N**
**Cedar, MN 55011**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$262.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Advance Auto Parts**
**4200 Six Forks Rd**
**Raleigh, NC 27609**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,299.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**All Pro Distributing Company**
**PO Box 510**
**Saginaw, AL 35137**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$552.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Roberts Chevrolet GMC, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,425.00** |
|---|---|---|---|

**American Tire Distributors**
**PO Box 745576**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,450.00** |
|---|---|---|---|

**Americredit Financial Services Inc**
**dba GM Financial**
**220 E. Las Colinas Blvd., Suite 500**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Anna McCaskey**
**59 Prince Arnold Dr**
**Pine Hill, AL 36769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$804.00** |
|---|---|---|---|

**Apex Supply Tx, LLC**
**625 St Louis St**
**Hopkins, MN 55343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Apollo Funding Company**
**277 Sedona Way**
**Palm Beach Gardens, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$313.00** |
|---|---|---|---|

**Arthur Lee McDoyle**
**702 Hamilton St**
**Thomasville, AL 36784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Ashberry Landfill LLC**
**24961 Wages Rd**
**Opp, AL 36467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Roberts Chevrolet GMC, Inc.**                                          Case number (if known) _____
          Name

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Atipana Capital, LLC**
**25 SE 2nd Ave, Suite 550**
**PMB 79**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,235.00** |
|---|---|---|---|

**Auto Zone Stores, Inc**
**PO Box 791409**
**Baltimore, MD 21279**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Autotrader Com**
**6205-A Peachtree Dunwoody Rd**
**CP-14**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,953.00** |
|---|---|---|---|

**Blue Cross Blue Shield**
**450 RIVERCHASE PARKWAY EST**
**Birmingham, AL 35244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**BroadSouth Communications Inc**
**PO Box 220**
**Demopolis, AL 36732**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,064.65** |
|---|---|---|---|

**Cadence Bank**
**PO Box 789**
**Tupelo, MS 38802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4513**

Basis for the claim:  **credit card purchases**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,875.00** |
|---|---|---|---|

**Call Christopher Wrecker Service**
**381 S Jackson St**
**Grove Hill, AL 36451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Roberts Chevrolet GMC, Inc.**                    Case number (if known) _____
                Name

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,477.00** |

**Capital One Auto Finance**
**PO Box 60511**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,094.00** |

**Carfax, Inc.**
**5860 Trinity Parkway, Suite 600**
**Centreville, VA 20120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$320.00** |

**Community Coffee Company**
**PO box 679510**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36,974.00** |

**Consumer Portfolio Services**
**19500 Jamboree Rd**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |

**Crystal Benjamin**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$340.00** |

**Cynthia Davis**
**155 Minnesota Ln**
**Jackson, AL 36545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130.00** |

**Don's Auto Sales**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Roberts Chevrolet GMC, Inc.**                                    Case number (if known) _____
         <u>Name</u>

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,820.00** |
|---|---|---|---|

**Door Specialists Inc.**
**451 Dauphin Island Parkway**
**Mobile, AL 36606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$325.00** |
|---|---|---|---|

**Dozier Tire and Service**
**34154 Highway 43 N**
**Thomasville, AL 36784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31,160.00** |
|---|---|---|---|

**Exeter Finance LLC**
**3000 Kellway Dr**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,033.00** |
|---|---|---|---|

**Express OMV**
**332 E 70th St**
**Shreveport, LA 71106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |
|---|---|---|---|

**Federal Express**
**PO Box 660481**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,880.00** |
|---|---|---|---|

**Fifth Third Bank**
**PO Box 997578**
**Sacramento, CA 95899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,302.00** |
|---|---|---|---|

**Finbe USA**
**PO Box 278272**
**Sacramento, CA 95827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Roberts Chevrolet GMC, Inc.**                              Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Foursight Capital**<br>**PO Box 45026**<br>**Salt Lake City, UT 84145** | **$542.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Fox Funding Group, LLC**<br>**803 South 21st Ave.**<br>**Hollywood, FL 33020** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Gallagher Promotional Products**<br>**PO Box 520635**<br>**Longwood, FL 32752** | **$1,355.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**GEL Funding LLC**<br>**5308 13th Ave., Suite 324**<br>**Brooklyn, NY 11219** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**General Motors LLC**<br>**M.H. Lockbox Dept 771440**<br>**PO Box 77000**<br>**Detroit, MI 48277** | **$2,500,000.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/18/25**

Last 4 digits of account number _

Basis for the claim:  **Demand Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**General Motors LLC**<br>**M.H. Lockbox Dept 771440**<br>**PO Box 77000**<br>**Detroit, MI 48277** | **$67,982.55** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Global Lending Services LLC**<br>**1200 Brookfield Blvd**<br>**Ste 300**<br>**Greenville, SC 29607** | **$1,829.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Roberts Chevrolet GMC, Inc.**                          Case number (if known) _____
        Name

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,450.00** |

3.39 **Nonpriority creditor's name and mailing address**
**GM Financial**
**801 Cherry St., Suite 3600**
**Fort Worth, TX 76102**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                          **$1,450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.40 **Nonpriority creditor's name and mailing address**
**Griffin Broadcasting Corp**
**PO Box 219**
**Thomasville, AL 36784**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                          **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.41 **Nonpriority creditor's name and mailing address**
**Gulf Coast Showcar Products**
**15576 Rogers Drive**
**Chunchula, AL 36521**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                          **$267.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.42 **Nonpriority creditor's name and mailing address**
**Impel**
**344 S. Warren St, Suite 200**
**Syracuse, NY 13202**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                          **$32,348.83**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.43 **Nonpriority creditor's name and mailing address**
**Insta Funding, LLC**
**2999 NE 191st St, Suite 500**
**Miami, FL 33180**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.44 **Nonpriority creditor's name and mailing address**
**Jason Pilger Chrysler Dodge Jeep Ram**
**3200 N College Ave**
**Jackson, AL 36545**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                          **$312.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.45 **Nonpriority creditor's name and mailing address**
**John Wright**
**155 Carolyn Dr**
**Thomasville, AL 36784**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                          **$210.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 16 of 24**

Debtor    **Roberts Chevrolet GMC, Inc.**                                 Case number (if known) _____
          Name

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,219.00** |

**Kimball Midwest**
**4800 Roberts Road**
**Columbus, OH 43228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$210.00** |

**Kiwi Services LLC**
**757 Gayle St**
**Mobile, AL 36604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |

**Kylon Stromile**
**9458 Woodcrest Dr**
**Shreveport, LA 71118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$270.00** |

**Lee Motor Co**
**PO Box 310**
**Monroeville, AL 36460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |

**Lewis Pest Control**
**25 West Front St**
**Thomasville, AL 36784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$79.00** |

**Lisa Arnold**
**375 Morgan Dr**
**Thomasville, AL 36784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Mapcap Funding, LLC**
**1449 37th St., Suite 213**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Roberts Chevrolet GMC, Inc.**                                Case number (if known) _____
          _____
          Name

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57.00** |
|---|---|---|---|

**Marie G. Clark**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,897.00** |

**Marlowe Electric LLC**
**2210 S Main St,**
**Linden, AL 36748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |

**McGraw Webb Chevrolet Inc**
**PO Box 457**
**Camden, AL 36726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$395.00** |

**MediaCom**
**One Mediacom Way**
**Chester, NY 10918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,141.00** |

**Midstates Petroleum Co., LLC**
**8596 Highway 18 West**
**Vernon, AL 35592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,932.00** |

**O'Reilly Auto Parts**
**233 S. Patterson Ave**
**Springfield, MO 65801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Overton Funding, LLC**
**2802 N. 29th Ave**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Roberts Chevrolet GMC, Inc.**                                    Case number (if known) _____
         _____
         Name

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,275.00** |
|---|---|---|---|

**Paul's Discount Glass & Tire Inc.**
**2114 Ellisville Bl**
**Laurel, MS 39440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,699.00** |
|---|---|---|---|

**Polar Automotive**
**24260 Greenway Ave**
**Forest Lake, MN 55025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,837.00** |
|---|---|---|---|

**Precision Auto Body**
**29381 US Highway 43 South**
**Thomasville, AL 36784**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,361.00** |
|---|---|---|---|

**Pro Billing & Funding**
**PO Box 2222**
**Decatur, AL 35609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Pullman & Comley**
**850 Main St., 8th Fl**
**Bridgeport, CT 06601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$186.00** |
|---|---|---|---|

**Purvis Business Machines**
**4505 Highway 39 North**
**Meridian, MS 39301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$153.00** |
|---|---|---|---|

**Ramona Wright**
**155 Caroly Dr**
**Thomasville, AL 36784**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Roberts Chevrolet GMC, Inc.**                                 Case number (if known) _____
         <u>Name</u>

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Redstone Advance, Inc.**
**1688 N Meridian Ave, Suite 440**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$312,560.98** |
|---|---|---|---|

**Regions Bank**
**2090 Parkway Office Circle**
**Birmingham, AL 35244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$442.00** |
|---|---|---|---|

**Reyna Capital Corporation**
**One Reynolds Way**
**Dayton, OH 45430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$189.00** |
|---|---|---|---|

**Route One**
**16902 Collections**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**Royal Gladney**
**79 Park Ave**
**Pine Hill, AL 36769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45,930.00** |
|---|---|---|---|

**Santander Consumer USA**
**P.O. Box 660616**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$79.00** |
|---|---|---|---|

**Shawanda Nicole Mobley**
**401 Timberline Dr., Apt L-2**
**Thomasville, AL 36784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Roberts Chevrolet GMC, Inc.**                          Case number (if known) _____
_____ Name _____

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$755.00** |

**Snap On Business Solutions**
**4025 Kinross Lakes Parkway**
**Richfield, OH 44286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,611.00** |

**Southern Automotive Dist., Inc.**
**38 Hollywood Blvd**
**Fort Walton Beach, FL 32548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$236.00** |

**Specmo Enterprises**
**1200 E Avis**
**Madison Heights, MI 48071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Swiss Fund LLC**
**9 West Broad St #320**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$954.00** |

**Techni-Car Inc**
**450 Commerce Blvd**
**Oldsmar, FL 34677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,000.00** |

**The Clarke County Democrat**
**7870 State St**
**Citronelle, AL 36522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,065.00** |

**The Huntington National Bank**
**Attn:  EA1W18**
**PO Box 182387**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Date(s) debt was incurred _

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number _

Debtor   **Roberts Chevrolet GMC, Inc.**                                    Case number (if known) _____
           Name

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$420.00** |

**The Parts House**
**2694 GOVERNMENT BL**
**Mobile, AL 36606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,000.00** |

**The Pomykala Group LLC**
**4112 North Cass Ave**
**Westmont, IL 60559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |

**The South Alabamian**
**7870 State St**
**Citronelle, AL 36522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |

**The Thomasville Times**
**PO Box 367**
**Thomasville, AL 36784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57.00** |

**TrueCar, Inc.**
**225 Santa Monica Blvd, 12th Fl**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$725.00** |

**UniFirst**
**PO Box 650481**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,328.00** |

**Unishippers**
**751 North Drive**
**Melbourne, FL 32934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Roberts Chevrolet GMC, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.88**

**Nonpriority creditor's name and mailing address**
**V Auto Inc**
**6205-A Peachtree Dunwoody Rd**
**CP-14**
**Atlanta, GA 30328**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,403.00**

**3.89**

**Nonpriority creditor's name and mailing address**
**Walt V, LLC**
**c/o Corporation Service Company, RA**
**251 Little Falls Dr**
**Wilmington, DE 19808**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.90**

**Nonpriority creditor's name and mailing address**
**Warehouse Direct Supply**
**662 Mendelssohn Ave N**
**Minneapolis, MN 55427**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,496.00**

**3.91**

**Nonpriority creditor's name and mailing address**
**Wesco Gas & Welding Supply Inc**
**940 Dr. Martin L King Drive**
**Mobile, AL 36610**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

**3.92**

**Nonpriority creditor's name and mailing address**
**Zurich Central Salvage**
**PO Box 968044**
**Schaumburg, IL 60196**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,573.00**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Apollo Funding Company**<br>**c/o Michael Peragine, RA**<br>**277 Sedona Way**<br>**Palm Beach Gardens, FL 33418** | Line   **3.8**<br><br>☐   Not listed. Explain ____ | _ |
| 4.2 | **Atipana Capital, LLC**<br>**c/o Gerbian King, RA**<br>**25 SE 2nd Ave, Suite 550**<br>**PMB 79**<br>**Miami, FL 33131** | Line   **3.11**<br><br>☐   Not listed. Explain ____ | _ |

Debtor      **Roberts Chevrolet GMC, Inc.**                                    Case number (if known) _____
            Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Bridge Funding Cap, LLC**<br>**Bridge Funding Capital LLC**<br>**5308 13th Ave, Suite 324**<br>**Brooklyn, NY 11219** | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Burke Moore Law Group, LLP**<br>**235 Peachtree Street, Suite 1900**<br>**Atlanta, GA 30303** | Line **3.68**<br>☐ Not listed. Explain ____ | 6511 |
| 4.5 | **Fox Funding Group, LLC**<br>**c/o Registered Agent Solutions, Inc.**<br>**1200 S. Pine Island Rd**<br>**Miami, FL 33234** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Insta Funding, LLC**<br>**c/o John Carroll, RA**<br>**3363 NE 163rd St, #606**<br>**North Miami Beach, FL 33160** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Overton Funding, LLC**<br>**c/o Eliyahu Posner, RA**<br>**2802 N 29th Ave**<br>**Hollywood, FL 33020** | Line **3.59**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Redstone Advance, Inc.**<br>**c/o Registered Agent Solutions, Inc.**<br>**2894 Remington Green Lane**<br>**Tallahassee, FL 32308** | Line **3.67**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Swiss Fund, LLC**<br>**c/o Registered Agents, Inc.**<br>**2389 Main Street, Suite 100**<br>**Glastonbury, CT 06033** | Line **3.77**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Walt V, LLC**<br>**c/o Coporation Service Company**<br>**251 Little Falls Dr**<br>**Wilmington, DE 19808** | Line **3.89**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 90,321.61 |
| **5b. Total claims from Part 2** | 5b.  **+** | $ | 3,218,542.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,308,863.62 |

| Fill in this information to identify the case: |
|---|
| Debtor name   **Roberts Chevrolet GMC, Inc.** |
| United States Bankruptcy Court for the:   DISTRICT OF DELAWARE |
| Case number (if known)   _____ |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases           **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Request and Use Credit Reports - MTR Auto Group LLC dba Arriba Motors** | |
| | State the term remaining | **24 months** | **700 Credit, LLC Attn:  Legal Dept PO Box 101015 Pasadena, CA 91189** |
| | List the contract number of any government contract | _____ | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Employers Compensation Insurance (EIG538310302)** | |
| | State the term remaining | **Expires 10.10.26** | **Automatic Data Processing Ins Agency 1 ADP Boulevard Roseland, NJ 07068** |
| | List the contract number of any government contract | _____ | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Processing Agreement** | |
| | State the term remaining | **30 Months** | **Cadence Bank 33440 Highway 43 Thomasville, AL 36784** |
| | List the contract number of any government contract | _____ | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Report subscription** | |
| | State the term remaining | **monthly** | **Carfax, Inc. 5860 Trinity Parkway, Suite 600 Centreville, VA 20120** |
| | List the contract number of any government contract | _____ | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 4

Debtor 1 __Roberts Chevrolet GMC, Inc._____    Case number (*if known*) _____
        First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **AutoTrader subscription/membership** | |
| State the term remaining | **monthly** | **Cox Automotive Products** |
| List the contract number of any government contract | | **6205 Peachtree Dunwoody Rd. Atlanta, GA 30328** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Media Listings Contract** | |
| State the term remaining | **Monthly** | **Cox Automotive Products** |
| List the contract number of any government contract | | **6205 Peachtree Dunwoody Rd. Atlanta, GA 30328** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **IOL Ultimate and vAuto Offer 3.0 contract** | |
| State the term remaining | | **Cox Automotive Products** |
| List the contract number of any government contract | | **6205 Peachtree Dunwoody Rd. Atlanta, GA 30328** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Dealers Open Lot/Garage Liability policy (11461AMW1219)** | |
| State the term remaining | **Expires 12.19.26** | **Ewing Insurance Services** |
| List the contract number of any government contract | | **14312 Home Trail Roanoke, TX 76262** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Key and asset management protection/security** | |
| State the term remaining | **43 months** | **KeyTrak, Inc.** |
| List the contract number of any government contract | | **200 Quality Circle College Station, TX 77845** |

| Debtor 1 | **Roberts Chevrolet GMC, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **(ADMP000948-01)** |
| State the term remaining | **Midvale Indemnity Company** |
| List the contract number of any government contract | **6000 American Parkway**<br>**Madison, WI 53783** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **OneMain Auto - Indirect Auto Lending program** |
| State the term remaining | **OneMain Financial, LLC** |
| List the contract number of any government contract | **2783 South Leadership Court #400**<br>**Salt Lake City, UT 84120** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Flash reprogramming service** |
| State the term remaining | **Opus IVS Agreement** |
| List the contract number of any government contract | **7322 Newman Blvd, Building #3**<br>**Dexter, MI 48130** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Postage Lease Agreement** |
| State the term remaining | **Monthly** |
| List the contract number of any government contract | **Pitney Bowes**<br>**P.O. Box 371896**<br>**Pittsburgh, PA 15250-7896** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **Printer/copier lease/service** |
| State the term remaining | **5 months** |
| List the contract number of any government contract | **Purvis Business Machines**<br>**4505 Highway 39 North**<br>**Meridian, MS 39301** |

| Debtor 1 | **Roberts Chevrolet GMC, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<div style="background:#3a0a3a;"> </div>

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for real property** | |
|---|---|---|---|
| | State the term remaining | | **Roberts Realty**<br>**7614 Wildrye Meadow Lane**<br>**Katy, TX 77493** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Software Subscription Services** | |
|---|---|---|---|
| | State the term remaining | **4 months** | **Snap On Business Solutions**<br>**4025 Kinross Lakes Parkway**<br>**Richfield, OH 44286** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Uniform rental agreement** | |
|---|---|---|---|
| | State the term remaining | **55 months** | **UniFirst Holdings Inc dba UniFirst**<br>**68 Jonspin Rd**<br>**Wilmington, MA 01887** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Workers' Compenstion and Employers' Liability Insurance (WWC3832359)** | |
|---|---|---|---|
| | State the term remaining | | **Wesco Insurance Company**<br>**59 Maiden Lane, 43rd Fl**<br>**New York, NY 10038** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Roberts Chevrolet GMC, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City / State / Zip Code | | |
| 2.2 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City / State / Zip Code | | |
| 2.3 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City / State / Zip Code | | |
| 2.4 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City / State / Zip Code | | |

Official Form 206H                    Schedule H: Your Codebtors                    Page 1 of 1

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Roberts Chevrolet GMC, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$5,953,146.00** |
| **For prior year:**<br>From  **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other  _____ | **$25,432,705.00** |
| **For year before that:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$26,679,660.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

---

Debtor   **Roberts Chevrolet GMC, Inc.**　　　　　　　　Case number *(if known)*　　　　　

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Alabama Power Co**<br>**PO Box 242**<br>**Birmingham, AL 35292** | **Variuos** | **$20,757.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **Alabama Dept of Revenue**<br>**375 S. Ripley St**<br>**Montgomery, AL 36104** | **Various** | **$61,562.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.3. **Ally Financial**<br>**PO Box 8106**<br>**Cockeysville, MD 21030** | **Various** | **$127,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Loan payoffs** |
| 3.4. **Auto Service Co.**<br>**PO Box 2400**<br>**Mountain Home, AR 72654** | **Various** | **$9,735.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Extended Warranty** |
| 3.5. **Avenu**<br>**114 Court St**<br>**Grove Hill, AL 36451** | **Various** | **$38,237.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.6. **Blue Cross Blue Shield of Alabama**<br>**450 Riverchase Pkwy East**<br>**Birmingham, AL 35244** | **Various** | **$36,999.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Emplyee Benefits** |
| 3.7. **Broadsouth Communications**<br>**PO Box 220**<br>**Demopolis, AL 36732** | **Various** | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Advertising &**<br>**Marketing** |
| 3.8. **Cadence Bank**<br>**33440 Highway 43**<br>**Thomasville, AL 36784** | **Various** | **$19,541.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vehicles/Parts/Service** |

Debtor   **Roberts Chevrolet GMC, Inc.**                                   Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Cargurus**<br>**1001 Boylston St, 16th Fl**<br>**Boston, MA 02115** | **Various** | **$11,940.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Advertising/Marketing** |
| 3.10. | **CDK Global**<br>**PO Box 88921**<br>**Chicago, IL 60695** | **Various** | **$58,925.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **IT/Communication Services** |
| 3.11. | **Chase Auto**<br>**PO Box 901033**<br>**Fort Worth, TX 76101** | **Various** | **$57,626.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Auto Payoffs** |
| 3.12. | **Chrysler Capital**<br>**PO Box 961275**<br>**Fort Worth, TX 76161** | **Various** | **$8,715.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Financing Charges** |
| 3.13. | **Cinch Auto Finance**<br>**10400 Old Alabama Connector Rd**<br>**Alpharetta, GA 30022** | **Various** | **$18,041.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Financing Charges** |
| 3.14. | **Exeter Finance**<br>**PO Box 166008**<br>**Irving, TX 75016** | **Various** | **$16,988.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Loan Payoffs** |
| 3.15. | **Fifth Third Bank**<br>**PO Box 997548**<br>**Sacramento, CA 95899** | **Various** | **$27,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vehicle Sale - Other** |
| 3.16. | **FirstHelp**<br>**160 Gould St, Suite 100**<br>**Needham Heights, MA 02494** | **Various** | **$18,983.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Loan Payoffs** |

Debtor   **Roberts Chevrolet GMC, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **Globe Life**<br>**3700 S. Stonebridge Dr**<br>**McKinney, TX 75070** | **Various** | **$8,847.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Benefits** |
| 3.18. **GM Financial**<br>**801 Cherry St., Suite 3600**<br>**Fort Worth, TX 76102** | **Various** | **$2,830,061.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cash Management In.** |
| 3.19. **GM Financial Real Estate**<br>**30400 Van Dyke Ave., Fl 6**<br>**Warren, MI 48093** | **Various** | **$32,324.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **IPFS Corporation of the South**<br>**24722 Network Pl**<br>**Chicago, IL 60673** | **Various** | **$14,372.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.21. **J.S. Held**<br>**50 Jericho Quadrangle, Suite 117**<br>**Jericho, NY 11753** | **Various** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **JSH BK Retention** |
| 3.22. **John Wright**<br>**155 Carolyn Dr.**<br>**Thomasville, AL 36784** | **Various** | **$29,598.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Salaries/Wages** |
| 3.23. **Mercedes-Benz Financial**<br>**P.O. Box 5209**<br>**Carol Stream, IL 60197** | **Various** | **$14,904.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Loan Payoffs** |
| 3.24. **Midstates Petroleum Co., LLC**<br>**8596 Hwy 18 West**<br>**Vernon, AL 35592** | **Varous** | **$9,487.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Delivery Expense** |

Debtor   **Roberts Chevrolet GMC, Inc.**          Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.25. | **Norman & Company**<br>**13401 McCormick Dr**<br>**Tampa, FL 33626** | **Various** | **$63,561.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Outside Services** |
| 3.26. | **Paychex**<br>**1175 John St**<br>**West Henrietta, NY 14586** | **Various** | **$534,302.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll Services** |
| 3.27. | **Pullman & Comley**<br>**850 Main St., 8th Fl**<br>**PO Box 7006**<br>**Bridgeport, CT 06601** | **Various** | **$67,297.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Other Professional Services** |
| 3.28. | **Reddstone Federal Credit Union**<br>**1688 N. Meridian Ave, Suite 440**<br>**Miami Beach, FL 33139** | **Various** | **$29,776.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payoffs** |
| 3.29. | **Regional Acceptance Corp**<br>**1424 E Fire Tower Rd**<br>**Greenville, NC 27858** | **Various** | **$21,633.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payoffs** |
| 3.30. | **Richard Harvey Jr**<br>**PO Box 612**<br>**Grove Hill, AL 36451** | **Various** | **$44,286.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Salaries/Wages** |
| 3.31. | **Santander Consumer USA**<br>**PO Box 25120**<br>**Lehigh Valley, PA 18002** | **Various** | **$44,286.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Salaries/Wages** |
| 3.32. | **Tameron Buick GMC Denver Trade**<br>**27161 US Highway 98**<br>**Daphne, AL 36526** | **Various** | **$65,758.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Trades** |

| Debtor | **Roberts Chevrolet GMC, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.33. | **The Huntington National Bank**<br>**PO Box 3370**<br>**Tupelo, MS 38803** | **Various** | **$9,616.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Office Supplies and Expenses** |
| 3.34. | **The Pomykala Group LLC**<br>**4112 North Cass Ave**<br>**Westmont, IL 60559** | **Various** | **$11,204.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Other Professional Services** |
| 3.35. | **Wells Fargo Auto**<br>**PO Box 51963**<br>**Los Angeles, CA 90051** | **Various** | **$17,882.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payoffs** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Susanty Roberts**<br>**7614 Wildrye Meadow Lane**<br>**Katy, TX 77493**<br>**Former Dealer/President** | | **Unknown** | |
| 4.2. | **Tracy Arrington**<br><br>**Former Secretary/Treasurer** | | **$40,661.00** | **Wages** |
| 4.3. | **Germaine Wahlmeier**<br><br>**Former Secretary/Treasurer** | | **$13,394.00** | **Wages** |
| 4.4. | **Mitchell Roberts**<br>**7614 Wildrye Meadow Lane**<br>**Katy, TX 77493**<br>**Former Dealer Relative** | | **$1,642.00** | **Wages** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

Debtor    **Roberts Chevrolet GMC, Inc.** _____    Case number *(if known)* _____

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Westlake Financial 300 S. 4th St., Suite 200 Las Vegas, NV 89101** | **Prior Owner moved vehicles from Arriba dealership to Roberts Chevy dealer without paying off Westlake (the floor plan lender to Arriba) - there were about 30-40 vehicles at the time.  These vehicles were NOT part of the GM Financial Floor Plan - were Financed thru Westlake** | **October 2025** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Apollo Funding Co. v. ROBERTS AUTOMOTIVE HOLDINGS, LLC et al 2025-00024963** | **Commerical - Contract** | **New York Supreme Court Clinton County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Funders App, LLC v. MTR AUTO GROUP LLC et al 659169/2025** | **Commerical - Contract** | **New York Supreme Court New York County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Swiss Fund LLC v. Roberts Cheverolet GMC, Inc. d/b/a Roberts Chevrolet GMC, et al. FST-CV25-6077729-S** | **Contracts - Collection** | **Connecticut Superior Court Stamford JD** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    **Roberts Chevrolet GMC, Inc.**                                 Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Gellert Seitz Busenkell & Brown, LLC**<br>**1201 N. Orange Street**<br>**Suite 300**<br>**Wilmington, DE 19801** | **Attorney Fees** | **5.20.26** | **$76,738.00** |
| **Email or website address**<br>**rgellert@gsbblaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. **J.S. Held**<br>**50 Jericho Quadrangle, Suite 117**<br>**Jericho, NY 11753** | **Professional fees** | | **$139,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

Debtor   **Roberts Chevrolet GMC, Inc.**                                   Case number *(if known)*

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Credit Apps - SS #, DOB, Financial history, etc.**
    **W9s from vendors**
    **Record of vehicles purchased, and related financing**
    **Record of service repairs/parts purchases**
    **Service history**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **Roberts Chevrolet GMC, Inc.**                                    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Cadence Bank** **33440 Highway 43** **Thomasville, AL 36784** | **XXXX-** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Payroll Account** | **April 2026** | **$0.00** |
| 18.2. | **Regions Bank** **1900 Fifth Avenue North** **Birmingham, AL 35203** | **XXXX-7426** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **9.24.25** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor    **Roberts Chevrolet GMC, Inc.**                    Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **The Pomykala Group** **4112 N Cass Ave** **Westmont, IL 60559** | |
| 26a.2.  **Tracy Arrington** | **10/23 - 9/25** |
| 26a.3.  **Germaine Wahlmeier** | **10/25 - 1/26** |
| 26a.4.  **Adam Jones** | **1/26 - 3/26** |
| 26a.5.  **Ron McCants** | **3/26 - Present** |
| 26a.6.  **Nancy L. Vandenburg** **1304 Hamlet Rd** **Naperville, IL 60564** | **1/26 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | **Roberts Chevrolet GMC, Inc.** | Case number *(if known)* |

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **The Pomykala Group** **4112 N Cass Ave** **Westmont, IL 60559** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **The Pomykala Group** **4112 N Cass Ave** **Westmont, IL 60559** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **GM Financial** **801 Cherry St., Suite 3600** **Fort Worth, TX 76102** |
| 26d.2. **General Motors LLC** **M.H. Lockbox Dept 771440** **PO Box 77000** **Detroit, MI 48277** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Clark Wekenman** | | **President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ron McCants** | | **Secretary/Treasurer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Purton** | | **Board Member** | |

Debtor    **Roberts Chevrolet GMC, Inc.** _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Timothy Rinke | | Board Member | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Adam Jones | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Germaine Wahlmeier | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Alex Ramirez | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Susanty Roberts | 7614 Wildrye Meadow Lane Katy, TX 77493 | President | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Susanty Roberts** 7614 Wildrye Meadow Lane Katy, TX 77493 | Unknown | Various | |
| | **Relationship to debtor** Dealer/Former President | | | |
| 30.2. | **Tracy Arrington** | $40,661.00 | | Wages |
| | **Relationship to debtor** Former Secretary/Treasurer | | | |

Debtor    **Roberts Chevrolet GMC, Inc.**                                 Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Germaine Wahlmeier** | $13,394.00 | | **Wages** |
| | **Relationship to debtor**<br>**Former Secretary Treasurer** | | | |
| 30.4. | **Mitchell Roberts**<br>**7614 Wildrye Meadow Lane**<br>**Katy, TX 77493** | $1,642.00 | | **Wages** |
| | **Relationship to debtor**<br>**Family Member of Former Dealer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                                          Employer Identification number of the pension fund

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 22, 2026**

/s/ Mark Karbiner                                    **Mark Karbiner**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CRO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**Fill in this information to identify your case:**

| Debtor 1 | **Mark Karbiner** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number
(if known)

☐ Check if this is an amended filing

## B 104

### For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  |  | | **Unsecured claim** |
|---|---|---|---|

**1**

**American Tire Distributors**
**PO Box 745576**
**Atlanta, GA 30374**

What is the nature of the claim?    Trade debt          $7,425.00

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

_____

Does the creditor have a lien on your property?

■    No

Contact

☐    Yes. Total claim (secured and unsecured)            _____
         Value of security:                          -   _____
Contact phone          Unsecured claim                  _____

**2**

**Blue Cross Blue Shield**
**450 RIVERCHASE PARKWAY**
**EST**
**Birmingham, AL 35244**

What is the nature of the claim?    Trade Debt          $12,953.00

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

_____

Does the creditor have a lien on your property?

■    No

Contact

☐    Yes. Total claim (secured and unsecured)            _____
         Value of security:                          -   _____

Debtor 1  **Roberts Chevrolet GMC, Inc.**

Case number *(if known)*

Contact phone

Unsecured claim

---

**3**

**Cadence Bank**
**PO Box 789**
**Tupelo, MS 38802**

**What is the nature of the claim?**   credit card purchases   $10,064.65

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

Contact

Contact phone

---

**4**

**City of Thomasville**
**559 W Front St North**
**Thomasville, AL 36784**

**What is the nature of the claim?**   Sales and Personal Property Taxes   $8,500.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

Contact

Contact phone

---

**5**

**Clarke County**
**114 Court Street**
**Grove Hill, AL 36451**

**What is the nature of the claim?**   Sales Tax, Personal Property Tax, Real Estate Tax   $9,500.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

Contact

Contact phone

---

**6**

**Consumer Portfolio Services**
**19500 Jamboree Rd**
**Irvine, CA 92612**

**What is the nature of the claim?**   Trade Debt   $36,974.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated

Debtor 1  **Roberts Chevrolet GMC, Inc.**_____  Case number *(if known)* _____

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■   No
☐   Yes. Total claim (secured and unsecured) _____
Value of security:                                    -  _____
Unsecured claim                                        _____

Contact _____
Contact phone _____

---

**7**

**Door Specialists Inc.**
**451 Dauphin Island Parkway**
**Mobile, AL 36606**

**What is the nature of the claim?**   **Trade Debt**_____   $5,820.00

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

■   No
☐   Yes. Total claim (secured and unsecured) _____
Value of security:                                    -  _____
Unsecured claim                                        _____

Contact _____
Contact phone _____

---

**8**

**Exeter Finance LLC**
**3000 Kellway Dr**
**Carrollton, TX 75006**

**What is the nature of the claim?**   **Trade Debt**_____   $31,160.00

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

■   No
☐   Yes. Total claim (secured and unsecured) _____
Value of security:                                    -  _____
Unsecured claim                                        _____

Contact _____
Contact phone _____

---

**9**

**Fifth Third Bank**
**PO Box 997578**
**Sacramento, CA 95899**

**What is the nature of the claim?**   **Trade Debt**_____   $24,880.00

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

■   No
☐   Yes. Total claim (secured and unsecured) _____
Value of security:                                    -  _____
Unsecured claim                                        _____

Contact _____
Contact phone _____

---

Debtor 1   **Roberts Chevrolet GMC, Inc.**                    Case number (if known) _____

**10**

**General Motors LLC**
**M.H. Lockbox Dept 771440**
**PO Box 77000**
**Detroit, MI 48277**

**What is the nature of the claim?**   **Demand Note**      **$2,500,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)            _____
        Value of security:                       -  _____

Contact

Contact phone                                      Unsecured claim   _____

---

**11**

**General Motors LLC**
**M.H. Lockbox Dept 771440**
**PO Box 77000**
**Detroit, MI 48277**

**What is the nature of the claim?**   **Trade Debt**      **$67,982.55**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)            _____
        Value of security:                       -  _____

Contact

Contact phone                                      Unsecured claim   _____

---

**12**

**Impel**
**344 S. Warren St, Suite 200**
**Syracuse, NY 13202**

**What is the nature of the claim?**                  **$32,348.83**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)            _____
        Value of security:                       -  _____

Contact

Contact phone                                      Unsecured claim   _____

---

**13**

**Precision Auto Body**
**29381 US Highway 43 South**
**Thomasville, AL 36784**

**What is the nature of the claim?**   **Trade Debt**      **$5,837.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Debtor 1    **Roberts Chevrolet GMC, Inc.**_____    Case number *(if known)*  _____

Contact  _____

Contact phone  _____

☐ Yes. Total claim (secured and unsecured)   _____
Value of security:                        -  _____
Unsecured claim                             _____

---

| 14 | | |
|---|---|---|

**Pro Billing & Funding
PO Box 2222
Decatur, AL 35609**

**What is the nature of the claim?**    **Trade Debt**_____    **$6,361.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact  _____

Contact phone  _____

☐ Yes. Total claim (secured and unsecured)   _____
Value of security:                        -  _____
Unsecured claim                             _____

---

| 15 | | |
|---|---|---|

**Regions Bank
2090 Parkway Office Circle
Birmingham, AL 35244**

**What is the nature of the claim?**    _____    **$312,560.98**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact  _____

Contact phone  _____

☐ Yes. Total claim (secured and unsecured)   _____
Value of security:                        -  _____
Unsecured claim                             _____

---

| 16 | | |
|---|---|---|

**Santander Consumer USA
P.O. Box 660616
Dallas, TX 75266**

**What is the nature of the claim?**    **Trade Debt**_____    **$45,930.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact  _____

Contact phone  _____

☐ Yes. Total claim (secured and unsecured)   _____
Value of security:                        -  _____
Unsecured claim                             _____

---

| 17 | | |
|---|---|---|

**State of Alabama
375 S. Ripley St
Montgomery, AL 36104**

**What is the nature of the claim?**    **Sales Tax and State Withholding Tax**    **$31,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated

Debtor 1  **Roberts Chevrolet GMC, Inc.**                    Case number *(if known)*

☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No
☐  Yes. Total claim (secured and unsecured)
    Value of security:                    -  _____
    Unsecured claim                          _____

Contact

Contact phone

---

**18**

**The Huntington National Bank**
**Attn:  EA1W18**
**PO Box 182387**
**Columbus, OH 43218**

**What is the nature of the claim?**  **Trade Debt**     $10,065.00

**As of the date you file, the claim is:** Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No
☐  Yes. Total claim (secured and unsecured)
    Value of security:                    -  _____
    Unsecured claim                          _____

Contact

Contact phone

---

**19**

**The Pomykala Group LLC**
**4112 North Cass Ave**
**Westmont, IL 60559**

**What is the nature of the claim?**  **Trade Debt**     $9,000.00

**As of the date you file, the claim is:** Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No
☐  Yes. Total claim (secured and unsecured)
    Value of security:                    -  _____
    Unsecured claim                          _____

Contact

Contact phone

---

**20**

**Zurich Central Salvage**
**PO Box 968044**
**Schaumburg, IL 60196**

**What is the nature of the claim?**  **Trade Debt**     $24,573.00

**As of the date you file, the claim is:** Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No
☐  Yes. Total claim (secured and unsecured)
    Value of security:                    -  _____
    Unsecured claim                          _____

Contact

Contact phone

---

Debtor 1      Roberts Chevrolet GMC, Inc.                                    Case number *(if known)* _____

| Part 2: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X      /s/ Mark Karbiner                                          X _____
**Mark Karbiner**                                                          Signature of Debtor 2
Signature of Debtor 1


Date    **May 22, 2026**                                          Date _____

# United States Bankruptcy Court
### District of Delaware

In re    **Roberts Chevrolet GMC, Inc.** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CRO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 22, 2026** _____    /s/ Mark Karbiner _____
**Mark Karbiner/CRO**
Signer/Title

Roberts Chevrolet GMC, Inc.
34460 Highway 43
Thomasville, AL 36784

Ronald S. Gellert
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

State of Delaware
Department of Justice
Attn: Edward Kosmowski
820 N. French St., 8th Floor
Wilmington, DE 19801

3D Supply & Distribution
21471 Ulysses St N
Cedar, MN 55011

700 Credit, LLC
Attn:  Legal Dept
PO Box 101015
Pasadena, CA 91189

Adam K. Landry
323 E. Clinton St
Jackson, AL 36545

Advance Auto Parts
4200 Six Forks Rd
Raleigh, NC 27609

Alabama Dept of Workforce
50 N. Ripley St
Montgomery, AL 36130

All Pro Distributing Company
PO Box 510
Saginaw, AL 35137

American Tire Distributors
PO Box 745576
Atlanta, GA 30374

Americredit Financial Services Inc
dba GM Financial
220 E. Las Colinas Blvd., Suite 500
Irving, TX 75039

Americredit Financial Services Inc
dba GM Financial
220 E. Las Colinas Blvd., Suite 500
Irving, TX 75039

Anna McCaskey
59 Prince Arnold Dr
Pine Hill, AL 36769

Annastewart Autry
336 Ollie Blvd
Coffeeville, AL 36524

Apex Supply Tx, LLC
625 St Louis St
Hopkins, MN 55343

Apollo Funding Company
277 Sedona Way
Palm Beach Gardens, FL 33418

Apollo Funding Company
c/o Michael Peragine, RA
277 Sedona Way
Palm Beach Gardens, FL 33418

Arthur Lee McDoyle
702 Hamilton St
Thomasville, AL 36784

Arvest Bank
PO Box 1670
Lowell, AR 72745

Asha M. Jones
227 Savage St, Apt 10
Camden, AL 36726

Ashberry Landfill LLC
24961 Wages Rd
Opp, AL 36467

Atipana Capital, LLC
25 SE 2nd Ave, Suite 550
PMB 79
Miami, FL 33131

Atipana Capital, LLC
25 SE 2nd Ave, Suite 550
PMB 79
Miami, FL 33131

Atipana Capital, LLC
c/o Gerbian King, RA
25 SE 2nd Ave, Suite 550
PMB 79
Miami, FL 33131

Auto Zone Stores, Inc
PO Box 791409
Baltimore, MD 21279

Automatic Data Processing Ins Agency
1 ADP Boulevard
Roseland, NJ 07068

Autotrader Com
6205-A Peachtree Dunwoody Rd
CP-14
Atlanta, GA 30328

Blue Cross Blue Shield
450 RIVERCHASE PARKWAY EST
Birmingham, AL 35244

Brenda D. Jackson
609 Center St
Jackson, AL 36545

Breshun J. Williamson
609 Center St
Jackson, AL 36545

Bridge Funding Cap, LLC
Bridge Funding Capital LLC
5308 13th Ave, Suite 324
Brooklyn, NY 11219

BroadSouth Communications Inc
PO Box 220
Demopolis, AL 36732

Burke Moore Law Group, LLP
235 Peachtree Street, Suite 1900
Atlanta, GA 30303

Cadence Bank
PO Box 789
Tupelo, MS 38802

Cadence Bank
33440 Highway 43
Thomasville, AL 36784

Call Christopher Wrecker Service
381 S Jackson St
Grove Hill, AL 36451

Cameron Gibson
1406 Coca Cola Ave
Butler, AL 36904

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716

Carfax, Inc.
5860 Trinity Parkway, Suite 600
Centreville, VA 20120

Carfax, Inc.
5860 Trinity Parkway, Suite 600
Centreville, VA 20120

Cedric D. Davis
1412 Upper Ferry Rd
Leroy, AL 36548

Christopher Baugh
342 Noble Ave W
Thomasville, AL 36784

CHTD Company
PO Box 2576
Springfield, IL 62708

City of Thomasville
559 W Front St North
Thomasville, AL 36784

Clarke County
114 Court Street
Grove Hill, AL 36451

Community Coffee Company
PO box 679510
Dallas, TX 75267

Consumer Portfolio Services
19500 Jamboree Rd
Irvine, CA 92612

Corporation Service Company, as rep.
P.O. Box 2576
Springfield, IL 62708

Cox Automotive Products
6205 Peachtree Dunwoody Rd.
Atlanta, GA 30328

Cox Automotive Products
6205 Peachtree Dunwoody Rd.
Atlanta, GA 30328

Cox Automotive Products
6205 Peachtree Dunwoody Rd.
Atlanta, GA 30328

Crystal Benjamin

CT Corporation System, as Representative
Attn:  SPRS
300 N. Brand Blvd., Suite 700
Glendale, CA 91203

CT Corporation System, as Representative
Attn:  SPRS
300 N. Brand Blvd., Suite 700
Glendale, CA 91203

CT Corporation System, as Representative
Attn:  SPRS
300 N. Brand Blvd., Suite 700
Glendale, CA 91203

CT Corporation System, as Representative
Attn:  SPRS
300 N. Brand Blvd., Suite 700
Glendale, CA 91203

CT Corporation System, as Representative
Attn:  SPRS
300 N. Brand Blvd., Suite 700
Glendale, CA 91203

Cynthia Davis
155 Minnesota Ln
Jackson, AL 36545

Daryl D. Wilson
144 Oak St
PO Box 275
Grove Hill, AL 36451

Don's Auto Sales

Donovan J Cox
1032 Blue Mountain Road
Coffeeville, AL 36524

Door Specialists Inc.
451 Dauphin Island Parkway
Mobile, AL 36606

Dozier Tire and Service
34154 Highway 43 N
Thomasville, AL 36784

Eddie Green
1431 Ridgeway Dt
Thomasville, AL 36784

Ewing Insurance Services
14312 Home Trail
Roanoke, TX 76262

Exeter Finance LLC
3000 Kellway Dr
Carrollton, TX 75006

Express OMV
332 E 70th St
Shreveport, LA 71106

Federal Express
PO Box 660481
Dallas, TX 75266

Fifth Third Bank
PO Box 997578
Sacramento, CA 95899

Finbe USA
PO Box 278272
Sacramento, CA 95827

First Corporate Solutions
As representative
914 S. Street
Sacramento, CA 95811

Foursight Capital
PO Box 45026
Salt Lake City, UT 84145

Fox Funding Group, LLC
803 South 21st Ave.
Hollywood, FL 33020

Fox Funding Group, LLC
c/o Registered Agent Solutions, Inc.
1200 S. Pine Island Rd
Miami, FL 33234

Frederick Robinson
11086 County Road 167, Unit 10
Tyler, TX 75703

Gallagher Promotional Products
PO Box 520635
Longwood, FL 32752

GEL Funding LLC
5308 13th Ave., Suite 324
Brooklyn, NY 11219

General Motors LLC
M.H. Lockbox Dept 771440
PO Box 77000
Detroit, MI 48277

General Motors LLC
M.H. Lockbox Dept 771440
PO Box 77000
Detroit, MI 48277

Global Lending Services LLC
1200 Brookfield Blvd
Ste 300
Greenville, SC 29607

GM Financial
801 Cherry St., Suite 3600
Fort Worth, TX 76102

Griffin Broadcasting Corp
PO Box 219
Thomasville, AL 36784

Gulf Coast Showcar Products
15576 Rogers Drive
Chunchula, AL 36521

Illinois Dept of Employment Security
115 S. LaSalle St, FL LL2
Chicago, IL 60603

Illinois Dept of Revenue
PO Box 19030
Springfield, IL 62794

Impel
344 S. Warren St, Suite 200
Syracuse, NY 13202

Insta Funding, LLC
2999 NE 191st St, Suite 500
Miami, FL 33180

Insta Funding, LLC
c/o John Carroll, RA
3363 NE 163rd St, #606
North Miami Beach, FL 33160

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

Jackson E Barnes
157 Woodhaven Circle
Selma, AL 36701

Jason C. Hall
2300 Round Hill Rd
Thomasville, AL 36784

Jason Pilger Chrysler Dodge Jeep Ram
3200 N College Ave
Jackson, AL 36545

John Wright
155 Carolyn Dr
Thomasville, AL 36784

Justin C Dees
412 MacMillian Dr
Thomasville, AL 36784

Kenneth Counselman
10691 Tallahatta Springs Rd
Thomasville, AL 36784

KeyTrak, Inc.
200 Quality Circle
College Station, TX 77845

Kimball Midwest
4800 Roberts Road
Columbus, OH 43228

Kiwi Services LLC
757 Gayle St
Mobile, AL 36604

Kylon Stromile
9458 Woodcrest Dr
Shreveport, LA 71118

Lee Motor Co
PO Box 310
Monroeville, AL 36460

Lewis Pest Control
25 West Front St
Thomasville, AL 36784

Lisa Arnold
375 Morgan Dr
Thomasville, AL 36784

Lori A. Stout
227 1st St
Grove Hill, AL 36451

Malcom Pace
27051 Highway 69
Coffeeville, AL 36524

Mapcap Funding, LLC
1449 37th St., Suite 213
Brooklyn, NY 11218

Marc A. Atkins
2153 County Road 31
Arlington, AL 36722

Margaret Johnston
21904 Al Highway 25
Greensboro, AL 36744

Marie G. Clark

Marlowe Electric LLC
2210 S Main St,
Linden, AL 36748

McGraw Webb Chevrolet Inc
PO Box 457
Camden, AL 36726

MediaCom
One Mediacom Way
Chester, NY 10918

Michael A. Phillips
1013 Scott Dr
Forkland, AL 36740

Midstates Petroleum Co., LLC
8596 Highway 18 West
Vernon, AL 35592

Midvale Indemnity Company
6000 American Parkway
Madison, WI 53783

Nancy L. Vandenburg
1304 Hamlet Rd
Naperville, IL 60564

Nathanael C Ellis
8406 Holland Ave
Rowlett, TX 75089

O'Reilly Auto Parts
233 S. Patterson Ave
Springfield, MO 65801

OneMain Financial, LLC
2783 South Leadership Court #400
Salt Lake City, UT 84120

Opus IVS Agreement
7322 Newman Blvd, Building #3
Dexter, MI 48130

Overton Funding, LLC
2802 N. 29th Ave
Hollywood, FL 33020

Overton Funding, LLC
c/o Eliyahu Posner, RA
2802 N 29th Ave
Hollywood, FL 33020

Paul's Discount Glass & Tire Inc.
2114 Ellisville Bl
Laurel, MS 39440

Perneisha Lett
144 Rosa Parks St
Camden, AL 36726

Pitney Bowes
P.O. Box 371896
Pittsburgh, PA 15250-7896

Polar Automotive
24260 Greenway Ave
Forest Lake, MN 55025

Precision Auto Body
29381 US Highway 43 South
Thomasville, AL 36784

Pro Billing & Funding
PO Box 2222
Decatur, AL 35609

Pullman & Comley
850 Main St., 8th Fl
Bridgeport, CT 06601

Purvis Business Machines
4505 Highway 39 North
Meridian, MS 39301

Purvis Business Machines
4505 Highway 39 North
Meridian, MS 39301

Ramona Wright
155 Caroly Dr
Thomasville, AL 36784

Randall C. Pugh
1482 Toddtown Rd
AL 36510

Redstone Advance, Inc.
1688 N Meridian Ave, Suite 440
Miami Beach, FL 33139

Redstone Advance, Inc.
c/o Registered Agent Solutions, Inc.
2894 Remington Green Lane
Tallahassee, FL 32308

Redstone Advance, Inc.
c/o Registered Agent Solutions, Inc.
2894 Remington Green Lane
Tallahassee, FL 32308

Regions Bank
2090 Parkway Office Circle
Birmingham, AL 35244

Reyna Capital Corporation
PO Box 1474
Dayton, OH 45401

Reyna Capital Corporation
One Reynolds Way
Dayton, OH 45430

Richard G Bender
2300 Old Highway 43, Lot 6
Thomasville, AL 36784

Roberts Realty
7614 Wildrye Meadow Lane
Katy, TX 77493

Route One
16902 Collections
Chicago, IL 60693

Royal Gladney
79 Park Ave
Pine Hill, AL 36769

Santander Consumer USA
P.O. Box 660616
Dallas, TX 75266

Shawanda Nicole Mobley
401 Timberline Dr., Apt L-2
Thomasville, AL 36784

Shawe R. Minter
573 Autrey Rd
Thomasville, AL 36784

Snap On Business Solutions
4025 Kinross Lakes Parkway
Richfield, OH 44286

Snap On Business Solutions
4025 Kinross Lakes Parkway
Richfield, OH 44286

Southern Automotive Dist., Inc.
38 Hollywood Blvd
Fort Walton Beach, FL 32548

Specmo Enterprises
1200 E Avis
Madison Heights, MI 48071

Stacy L. Sollie
536 Floral Creek Rd
Dickinson, AL 36436

State of Alabama
375 S. Ripley St
Montgomery, AL 36104

Swiss Fund LLC
9 West Broad St #320
Stamford, CT 06902

Swiss Fund, LLC
c/o Registered Agents, Inc.
2389 Main Street, Suite 100
Glastonbury, CT 06033

Techni-Car Inc
450 Commerce Blvd
Oldsmar, FL 34677

The Clarke County Democrat
7870 State St
Citronelle, AL 36522

The Huntington National Bank
Attn:  EA1W18
PO Box 182387
Columbus, OH 43218

The Parts House
2694 GOVERNMENT BL
Mobile, AL 36606

The Pomykala Group LLC
4112 North Cass Ave
Westmont, IL 60559

The South Alabamian
7870 State St
Citronelle, AL 36522

The Thomasville Times
PO Box 367
Thomasville, AL 36784

Tonia L. Mitchell
62 Pearl Dr
Campbell, AL 36727

TrueCar, Inc.
225 Santa Monica Blvd, 12th Fl
Santa Monica, CA 90401

UniFirst
PO Box 650481
Dallas, TX 75265

UniFirst Holdings Inc dba UniFirst
68 Jonspin Rd
Wilmington, MA 01887

Unishippers
751 North Drive
Melbourne, FL 32934

V Auto Inc
6205-A Peachtree Dunwoody Rd
CP-14
Atlanta, GA 30328

Walt V, LLC
c/o Corporation Service Company, RA
251 Little Falls Dr
Wilmington, DE 19808

Walt V, LLC
c/o Corporation Service Company, RA
251 Little Falls Dr
Wilmington, DE 19808

Walt V, LLC
c/o Coporation Service Company
251 Little Falls Dr
Wilmington, DE 19808

Warehouse Direct Supply
662 Mendelssohn Ave N
Minneapolis, MN 55427

Wesco Gas & Welding Supply Inc
940 Dr. Martin L King Drive
Mobile, AL 36610

Wesco Insurance Company
59 Maiden Lane, 43rd Fl
New York, NY 10038

Zurich Central Salvage
PO Box 968044
Schaumburg, IL 60196

# United States Bankruptcy Court
## District of Delaware

In re   **Roberts Chevrolet GMC, Inc.** _____   Case No. _____
                                    Debtor(s)          Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Roberts Chevrolet GMC, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

 **Motors Holding**

☐ None [*Check if applicable*]

**May 22, 2026** _____        **/s/ Ronald S. Gellert** _____
Date                                                  **Ronald S. Gellert**

                                                      Signature of Attorney or Litigant
                                                      Counsel for   **Roberts Chevrolet GMC, Inc.**
                                                      **Gellert Seitz Busenkell & Brown, LLC**
                                                      **1201 N. Orange Street**
                                                      **Suite 300**
                                                      **Wilmington, DE 19801**
                                                      **(302) 425-5806**
                                                      **rgellert@gsbblaw.com**