**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ROBERTS CHEVROLET GMC, INC,[1] | Case No. 26-10830 (KBO) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 27, 2026 AT 10:00 AM (ET)**

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Owens' chambers procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens' expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (Eastern Time) one-hour prior to the hearing unless otherwise noticed using the eCourtAppearance tool (https://www.deb.uscourts.gov/ecourt-appearances) or on the court's website at www.deb.uscourts.gov.**

PLEASE TAKE NOTICE that on May 22, 2026, the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United State Code, 11 U.S.C. §§ 101-1532.

1. **VOLUNTARY PETITION AND RELATED PLEADING**

    a. Roberts Chevrolet GMC, Inc. [DI 1; Filed May 22, 2026]

2. Declaration of Mark Karbiner in Support of the Debtor's Petition and First Day Motions [DI 2; Filed May 22, 2026]

PLEASE TAKE FURTHER NOTICE that a remote hearing with respect to the following first day motions (collectively, the "First Day Motions"), to the extent set forth below,

---

[1] The Debtor's last four (4) digits of its federal tax identification numbers are 4114. The Debtor's mailing address is: 34460 Highway 43, Thomasville AL 36784.

is scheduled for **May 27, 2026, at 10:00 am (**prevailing Eastern Time) (the "First Day Hearing")

before The Karen B. Owens, United States Bankruptcy Judge for the District of Delaware.

> **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day

Motions may be made at the First Day Hearing.

**FIRST DAY MOTIONS GOING FORWARD:**

3.  Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Certain Employee Compensation and Benefits, and (B) Maintain and Continue Such Benefits and Other Employee-Related Programs and (II) Granting Related Relief [DI 4; Filed May 26, 2026]

    Responses Received: Informal comments received from the US Trustee.

    Status: The form of order attached to the motion has been agreed upon between the Debtor and the US Trustee.  This matter is going forward.

4.  Debtor's Motion for Interim and Final Orders (I) Authorizing, But Not Directing, Payment of Prepetition Sales, Use, Property and Similar Taxes and Fees and (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor and pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing [DI 5; Filed May 22, 2026]

    Responses Received: Informal comments received from the US Trustee.

    Status: The form of order attached to the motion has been agreed upon between the Debtor and the US Trustee.  This matter is going forward.

5.  Debtor's Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Discontinuing, Altering, or Refusing Service, (II) Deeming Utility Companies to Have Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests for Additional Assurance Pursuant to 11 U.S.C. §§ 105 and 366 [DI 6; Filed May 22, 2026]

    Responses Received: Informal comments received from the US Trustee.

    Status: The form of order attached to the motion has been agreed upon between the Debtor and the US Trustee.  This matter is going forward.

2

6.  Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Maintain, Continue, and Renew Its Property, Liability and Other Insurance Policies and Agreements, and (II) Honor All Obligations in Respect Thereof [DI 7; Filed May 22, 2026]

    Responses Received: Informal comments received from the US Trustee.

    Status: The form of order attached to the motion has been agreed upon between the Debtor and the US Trustee.  This matter is going forward.

7.  Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue and Maintain Its Existing Cash Management System, (B) Continue and Maintain Its Existing Bank Account, and (C) Use Existing Business Forms; and (II) Granting Related Relief [DI 8; Filed May 26, 2026]

    Responses Received: Informal comments received from the US Trustee.

    Status: The form of order attached to the motion has been agreed upon between the Debtor and the US Trustee.  This matter is going forward.

8.  Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing, (II) Granting Security Interests and Superpriority Administrative Expense Status, (III) Granting Adequate Protection to Certain Prepetition Secured Credit Parties, (IV) Modifying the Automatic Stay, (V) Authorizing the Debtors to Enter Into Agreements With CSV Capital LLC, (VI) Authorizing Non-Consensual Use of Cash Collateral, (VII) Scheduling a Final Hearing, and (VIII) Granting Related Relief [DI 9; Filed May 22, 2026]

    Responses Received: None

    Status: This matter is going forward.

Dated:  May 26, 2026
Wilmington, Delaware

*/s/ Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
1201 North Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5806
rgellert@gsbblaw.com

*Proposed Counsel for Debtor and Debtor in Possession*

3